# *EXHIBIT A*

COPY

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - x

COMPUTING TECHNOLOGY          :   No. 3:03CV-323 (SRU)
INDUSTRY ASSOCIATION          :   915 Lafayette Boulevard
          vs.                 :   Bridgeport, Connecticut
                              :
                              :   September 3, 2003
MALA PREMANEY, ET AL          :

- - - - - - - - - - - - - - x

PRELIMINARY INJUNCTION HEARING


B E F O R E:

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.



A P P E A R A N C E S:


    FOR THE PLAINTIFF:


        PULLMAN & COMLEY
            850 Main Street
            P.O. Box 7006
            Bridgeport, Connecticut 06601-7006
        BY:  MATTHEW P. LUNDY, ESQ.
            BRIAN C. ROCHE, ESQ.






                Susan E. Catucci, RMR
                Official Court Reporter
                915 Lafayette Boulevard
            Bridgeport, Connecticut  06604
                Tel: (203) 246-6385

```
                    I N D E X

                 WITNESSES:


EUGENE SALOIS

Direct Examination by Mr. Lundy .................... 11
```

```
                 EXHIBITS:


Plaintiff's
            Exhibit 1......(Full) 18
            Exhibit 2, 3......(Full) 22
            Exhibit 4......(Full) 23
            Exhibit 5......(Full) 27
            Exhibit 6......(Full) 30
            Exhibit 7-A......(Full) 37
            Exhibit 7-B......(Full) 38
            Exhibit 7-C......(Full) 39
            Exhibit 7-D, 7-E......(Full) 40
            Exhibit 8......(Full) 42
            Exhibit 9......(Full) 46
            Exhibit 10......(Full) 47
            Exhibit 11-A through 11-E......(Full) 49
            Exhibit 12......(Full) 52
            Exhibit 13......(Full) 56
```

1          (2:25 O'CLOCK, P. M.)

2          THE COURT:  Good afternoon.  We're here in

3  Computing Technology Industry Association v. Mala Premaney

4  and others.  Could I have appearances, please?

5          MR. LUNDY:  Good afternoon, Your Honor, Matthew

6  Lundy of Pullman & Comley for the plaintiff, the Computing

7  Technolody Industry Association.

8          MR. ROCHE:  Your Honor, Brian Roche, also

9  Pullman & Comley, representing the plaintiff Computing in

10  this matter.

11         MR. LUNDY:  And, Your Honor, the record should

12  also reflect we are joined at counsel table by Vice

13  President of Certification for Comptia, Mr. Gene Salois

14  who will be a witness at today's hearing.

15         THE COURT:  All right, thank you.  Obviously the

16  primary purpose of today's proceeding is to take up the

17  motion for preliminary injunction, and in that connection

18  why don't we start with issues of service.  The defendants

19  are obviously not appearing today in court.  Mr. Roche, do

20  you want to speak to the service that has been made on the

21  defendants in this case?  Obviously I've reviewed the

22  affidavit of return of service which was filed with the

23  court August 29th and I've also reviewed your affidavit

24  which was handed in today, I assume to be filed.

25         MR. ROCHE:  I have the original, if the

1    courtroom deputy would take that now, Your Honor.

2              THE COURT:  That would be great, thank you.

3              MR. ROCHE:  Pursuant to the court's order, we

4    were allowed to effect service in this case both

5    personally and by e-mail and, as the court noted, the

6    e-mail service was completed and an affidavit of return

7    was filed on or about August 26.  And today I have

8    presented the court my affidavit which documents my

9    communications with the processor we retained to effect

10   personal service on the defendants in the Nation of India.

11   And attached as Exhibit A to that is a facsimile copy of

12   the executed summons directed to the defendant Tushar

13   Bhagat, and that document demonstrates that service was

14   effected on or before August 16, 2003.  And also attached

15   is Exhibit B, an executed summons facsimile copy with

16   respect to the defendant Mala Premaney and that shows that

17   she was served on August 22nd which was our deadline for

18   service under the court's order.

19              Your Honor, the originals have yet to be filed

20   with the court and that's the result of the personal

21   service being effected in India.  I've attached as Exhibit

22   C e-mail correspondence between myself and the processor,

23   her indicating that the originals were being speed mailed

24   back from India and he expected they would be returned to

25   his office the middle of this week or the end of this week

1    and I hope to have them in my possession by next week to

2    be filed with the court.

3            And I would also note that I've received several

4    e-mail messages.  They are attached as Exhibits D and E,

5    and they purport to be from the defendants Tushar Bhagat

6    and Mala Premaney, and by way of those e-mail messages I

7    think it's fair to assume that these individuals have full

8    notice and have received copies of the underlying

9    pleadings in this action.

10           And just to be candid with the court, I'd also

11   like to bring to the court's attention I received a phone

12   call from an individual who purported to be Tushar Bhagat

13   last evening close to 7:00 o'clock.  Mr. Bhagat informed

14   me that he had not retained a lawyer and he did not think

15   he would be present here today, and I informed him that we

16   would likely be going forward and that it's his right to

17   retain counsel.

18           And, Your Honor, I'd also like to indicate that

19   he represented to that he was in the Nation of India and

20   he gave me a phone number to contact him there to speak

21   about this litigation.

22           THE COURT:  Thank you.  On the basis of the

23   affidavit of -- Return of Service and the affidavit of

24   Brian C. Roche as well as the representation just made in

25   court, I find that each of the defendants, Mala Premaney

1    and Tushar Bhagat, have received actual notice of these

2    proceedings, including all of the pleadings that are

3    listed in these affidavits as having been served either by

4    electronic mail or personally.

5         And I would note that it's my understanding that

6    service on the two individuals constitutes service on each

7    of the defendants, because these two individuals are doing

8    business as the other defendants.  In that vein, I would

9    simply ask counsel to confirm my understanding that George

10   Jennings, individually and doing business as various

11   entities, is no longer a named defendant in the case but,

12   rather, is determined to be a pseudonym used by one of the

13   individual defendants who remain, is that correct?

14        MR. LUNDY:  That is correct, Your Honor.  And so

15   the record is clear, during the pendency of this

16   litigation and through certain discovery, we subsequently

17   discovered after commencement of the action that George

18   Jennings is an alias or pseudonym used by the currently

19   named defendants in the operative complaint in connection

20   with their business.

21        As a result, Your Honor, to the extent that

22   there is an action pending against a George Jennings, the

23   plaintiff would withdraw such a claim against George

24   Jennings as he is not an actual person as relates to this

25   matter just now.

1              THE COURT:  Okay.  Treating that as an oral

2      motion under Rule 41, I'm going to order that any

3      defendant, George Jennings individually or George Jennings

4      d/b/a an entity, be dismissed from the case without

5      prejudice to claims made against those who remain as

6      defendants.

7              MR. LUNDY:  Thank you, Your Honor.  Your Honor,

8      there is also an issue concerning a motion for default

9      judgment previously filed against a defendant, Adarsha

10     Computers, that's pending before the court.  We would like

11     to withdraw that motion without prejudice with leave to

12     renew at such time if and when it becomes appropriate in

13     this matter.

14             THE COURT:  That's fine.  The motion for default

15     judgment is denied without prejudice as having been

16     withdrawn.

17             MR. LUNDY:  Thank you, Your Honor.

18             THE COURT:  That's Number 17.  All right, the

19     court previously had counsel here reviewed papers in

20     connection with an application for a TRO and a prejudgment

21     remedy, and the papers that you're relying on today, I

22     take it, are those that were filed at the same time; that

23     is, the application for preliminary injunction, being

24     supported by the same papers as was the motion for TRO and

25     PJR?

1          MR. LUNDY:  Yes, it is, Your Honor.

2          THE COURT:  Okay.  What, if anything, do you

3     wish to do by way of presenting further evidence in

4     support of your current motion?

5          MR. LUNDY:  Your Honor, we have documentary

6     evidence and testimony that we would like to present to

7     the court today from a representative of Comptia.  I have

8     two preliminary issues that I'd like to bring to the

9     court's attention.  First is with respect to the last

10    question the court asked me, if we're replying to our

11    previously filed pleadings, which we are.  In addition,

12    Your Honor, we'd like to -- we subsequently filed a motion

13    for waiver of bond in connection with this preliminary

14    injunction proceeding after we appeared before Your Honor

15    last time, so that's my additional pleading.  Your Honor,

16    we also filed a motion with Your Honor with respect to

17    filing certain evidence under seal in this matter, and as

18    is well articulated in this motion, the basis for that

19    is -- the nature of this action is that these exams that

20    Comptia is alleging are being infringed upon constitute

21    the trade secret material of Comptia.  Part of the

22    evidence that we intend to present to the court for its

23    consideration today is comparison documents of the

24    products offered by the defendants under their websites

25    with the actual exams that were registered with the

1    copyright office, filed with the copyright office and

2    protected under the copyright laws.  If those documents

3    were not to be filed under seal, they would be, the public

4    would have access to them and it could create the very

5    situation Comptia is in court today trying to prevent.

6            THE COURT:  I understand from your motion,

7    written motion, that the U. S. Copyright Office maintains

8    its copy of these copy-written materials in effect under

9    seal?

10           MR. LUNDY:  Yes.

11           THE COURT:  Okay.  I'm going to grant the motion

12   to file evidence under seal essentially for the reasons

13   set forth in the written motion.

14           MR. LUNDY:  Thank you, Your Honor.  Your Honor,

15   just as a question of courtroom logistics and mechanics,

16   what we've done is we've had envelopes identifying the

17   broad category of the document that's going to be

18   contained within, that we're going to be filing under

19   seal, for that exhibit to be filed under seal and

20   presented to the court today, if that's acceptable with

21   Your Honor.

22           THE COURT:  That's fine.

23           Are you either a witness or a party in this

24   matter?

25           UNKNOWN:  I'm just dropping this off.

1          MR. LUNDY:  Your Honor, I would also like to

2     inquire of the court with respect to Your Honor's practice

3     and the court reporter's practice concerning the

4     identification of sealed exhibits in the transcript, in

5     terms of whether I need to make any particular designation

6     before the presentation of the exhibit or what would be

7     identified in some way so as to be reflected in the

8     record?

9          THE COURT:  Well, there's a couple of options.

10    To the extent that you can inquire of your witness and

11    argue without revealing contents of the exhibits, you can

12    simply say, for example, compare page three of Exhibit 1

13    to page three of Exhibit 2.  I can look at those.  There

14    will be no indication on the transcript what the contents

15    are and, therefore, no need to seal the transcript, if you

16    will.  The body of the exhibits will remain under seal.

17    They will not be revealed as part of the transcript unless

18    there is a court order to do so.

19         MR. LUNDY:  Your Honor, I'd also like to give

20    the court a copy to follow along with the witness and

21    would it be permissible for me to give Your Honor a copy

22    and then get it back at the conclusion of testimony as

23    well?

24         THE COURT:  That's fine.

25         MR. LUNDY:  Thank you.  That's all the

1    preliminary issues we have, Your Honor.  We are prepared

2    to present evidence at this time.

3              THE COURT:  Okay, very well.

4              MR. LUNDY:  Thank you, Your Honor.  We'd like to

5    call to the witness stand Mr. Gene Salois.

6    G E N E          S A L O I S,     called as a witness on

7    behalf of the Plaintiff, having been duly sworn by the

8    Clerk, testified as follows:

9              THE CLERK:  State your name and address for the

10   record and spell your last name?

11             THE WITNESS:  My name is Eugene Salois.  My

12   address is 7 N 501 Stevens Glen Road, Saint Charles,

13   Illinois, 60175.  My last name is spelled S-A-L-O-I-S.

14   DIRECT EXAMINATION

15   BY MR. LUNDY:

16   Q.   Good afternoon, Mr. Salois.  I was wondering if you

17   could tell us what your current occupation is?

18   A.   I'm a Vice President of Certification for Comptia.

19   Q.   And how long have you held that position with

20   Comptia?

21   A.   One year.

22   Q.   And can you describe what Comptia is?

23   A.   Comptia is the Computer and Technology Industry,

24   Trade Association.  It'a a not-for-profit industry that

25   services the high tech industry.

1    Q.    And can you describe certain business activities or

2    ventures that Comptia is involved with?

3    A.    Comptia is involved in many areas of public policy

4    through our Washington DC and Brussels office working with

5    legislators to influence industry policies and

6    legislature.  Comptia is involved in technical

7    certification for industry, employees, providing a

8    validation of skill-sets across an industry standard, as

9    well as many other areas of electronic commerce standards

10   and such that they perform for the high tech industry.

11   Q.    And you had mentioned that Comptia is involved with

12   certification programs.  Is it fair to assume that your

13   title, Vice President of Certification, means that you are

14   involved with the certification programs at Comptia?

15   A.    Yes, it would be fair.

16   Q.    And can you describe in a little more detail exactly

17   that these certification programs are?

18   A.    They are basic competency tests to measure the skills

19   and technical proficiency of an I T Industry employee, a

20   skills assessment test.

21   Q.    And does Comptia have certification programs that

22   cover different types of skill sets?

23   A.    We cover basic technology such as P C performance and

24   repair, networking technologies, project managements

25   technologies and a host of networking technologies.

1    Q.    Among others?

2    A.    Among others.

3    Q.    And can you describe what your responsibilities are

4    as the Vice President of Certification for Comptia?

5    A.    I oversee the entire division.  I am responsible for

6    the development and delivery and maintenance of the

7    certification products as well as the customer support for

8    the end users who will ultimately purchase our products.

9    Q.    And can you describe for the court, please, how

10    someone would go about becoming certified in one of

11    Comptia's programs?

12    A.    Any individual can apply for a registration to take

13    an exam.  They pay the requisite fee and go to an

14    established test facility to take the actual test.  With

15    one successful completion of the test or tests, they

16    receive a certificate.

17    Q.    So it would be fair to say if someone wanted to get

18    Comptia A+ certification, they would need to take the A+

19    certification examination and successfully complete that

20    examination?

21    A.    In that particular case there are two exams and they

22    would have to pass both exams.

23    Q.    Can you give us an idea of how many people worldwide

24    have been certified under Comptia's various certification

25    programs since their inception?

1    A.    To date there's approximately 650,000 people

2    certified.

3    Q.    And when did the certification programs first start?

4    A.    Approximately 1993.

5    Q.    And can you give us an idea how many people take your

6    Comptia's certification exams in a particular area on an

7    annual basis?

8    A.    300,000 per year.

9    Q.    And before taking the certification exam, is the

10    candidate required to undertake any special obligations

11    concerning the content of the test?

12    A.    Candidates are required to sign a candidate agreement

13    which is basically a nondisclosure agreement whereby they

14    promise not to divulge the content of the exams.

15    Q.    Is that done by -- and how are the -- withdrawn.

16       How are the exams delivered?

17    A.    The exams are delivered in a secured testing

18    environment over computer network.

19    Q.    And the nondisclosure agreement you just testified

20    regarding, the candidate agrees to that nondisclosure

21    agreement by hitting a key stroke on the computer?

22    A.    He indicates his acceptance of that.  Upon failure to

23    do so, he's not allowed to take the test.

24    Q.    And can you describe the cost that's associated with

25    creating -- withdrawn.

1    How many certification exams and programs does
2  Comptia have?
3  A.   We have eleven certification programs.
4  Q.   And can you give us an idea or give the court an idea
5  about the cost involved in developing a certification
6  exam, marketing it, launching the exam and delivering it
7  worldwide?
8  A.   It's approximately 300 thousand dollars to develop
9  and launch a certification program, perhaps an additional
10  200,000 in marketing and administration costs that incur
11  on an annual basis to support the programs individually.
12  Q.   And for each exam?
13  A.   Correct.
14  Q.   And then to maintain the exams on an annual basis, do
15  you -- can you give the court an indication how much it
16  costs Comptia to maintain these exams each year?
17  A.   Yeah, that would be about 200 thousand dollars per
18  exam in maintenance for some of the lower level newer
19  certificates.  We've spent upward of four million for one
20  of our most popular ones, A+.
21  Q.   Okay, so the A+ exam is the most popular of all your
22  certification exams?
23  A.   Constitutes 60 percent of my exam volume yearly.
24  Q.   And for that one it's about four million dollars a
25  year just to maintain the exam?

1    A.    That is correct.

2    Q.    Did Comptia take certain action with respect to its

3    certification exams to register those exams with the

4    United States Copyright Office?

5    A.    We filed copyright application for those exams.

6    Q.    And that was done through counsel?

7    A.    Yes, it was.

8    Q.    And was Comptia successful in registering some of its

9    certification exams using a secure filing procedure with

10    the U.S. Copyright Office?

11    A.    Yes, it was.

12    Q.    And as you sit here today, can you tell the court

13    which exams are registered with the United States

14    Copyright Office?

15    A.    Comptia A+, Network+, INet+, and Server+.

16    Q.    And when you mention the A+ exam, does that include

17    both components of it which are the A+ core hardware exam

18    and the A+ operating systems exam?

19    A.    That is correct.

20          MR. LUNDY:   Your Honor, at this time we would

21    like to offer into evidence as Plaintiff's One, copies of

22    the certification exams referenced by Mr. Salois.   I have

23    the actual copies from the U.S. Copyright Office but if it

24    pleases the court, I would prefer to use -- they are my

25    only certified copies -- use exact photocopies of those

1    documents as the exhibits.

2          THE COURT:  Photocopies are fine.

3          MR. LUNDY:  Thank you.

4          THE COURT:  When you mark an exhibit, if you

5    could indicate this is one of the exhibits that you wish

6    to have under seal --

7          MR. LUNDY:  Under seal.

8          THE COURT:  -- that would be helpful.  If all of

9    them are going to be under seal, just say so now, because

10   if there are some that are not, they should be

11   distinguished on the record.

12         MR. LUNDY:  I appreciate that, Your Honor.  Your

13   Honor, not all of the exhibits -- we do not intend to file

14   all the exhibits under seal and we will give the court an

15   indication of that prior to marking them so that that can

16   be done in accordance with the court's instruction.

17   BY MR. LUNDY:

18   Q.   Mr. Salois, I'm handing what's been marked

19   Plaintiff's Exhibit 1.  I'd ask you to take a look at the

20   document and tell me if you recognize it?

21   A.   Yes, I do.

22   Q.   Can you tell me what the series of documents are?

23   A.   These are the applications and certificates of

24   registration with the copyright office.

25   Q.   And they are for which exams?

A.    I have A+ Core, Hardware, A+ Operating Systems,

Network+, INet+, and Server+.

            MR. LUNDY:  Your Honor, at this time we would

offer the Certificates of Copyright Registration as a full

exhibit with the court.

            THE COURT:  Yes, Exhibit 1's a full exhibit.

            (Whereupon Plaintiff's Exhibit 1 was marked

        full.)

            MR. LUNDY:  Thank you, Your Honor.

BY MR. LUNDY:

Q.    Mr. Salois, are you familiar with the contents of

each of these certification exams that are reflected in

the certificates of registration that are contained within

plaintiff's Exhibit 1?

A.    Yes, I am.

Q.    And you're familiar with the content of those exams

based on your position as the Vice President of

Certification with Comptia, is that correct?

A.    That is correct.

Q.    Can you describe for the court why it's important

that Comptia used a secure filing procedure when

copyrighting these particular exams?

A.    Comptia is the trade association, is actually

required and recommended by many of the I T industry

companies, Fortune 100 companies that rely on the results

1    of Comptia's certification test as a valid predictor of

2    future success for their work force and those individuals

3    who seek higher levels of technical proficiency.  As such,

4    any compromise to the integrity of those exams would

5    jeopardize our position with these other companies.

6    Comptia has as a not-for-profit trade association is

7    wholly reliant on the certification requirements to enable

8    it to stay in business.

9    Q.    And if the content of the exams got out into the

10   public, can you describe for me some of the consequences

11   that Comptia may face?

12   A.    Comptia would be out of business.

13   Q.    Can you describe for the court what other steps

14   Comptia takes to preserve the secrecy of the exam content

15   in addition to the secure filing procedure you just

16   described?

17   A.    From the beginning of actual development of exams, we

18   require nondisclosure agreements.  We bring on

19   work-for-hire, technical experts across the world to

20   create components of the certification exams.  No one

21   individual sees the entire exam.  The secured exams are

22   stored on hard media and locked in a safe which is locked

23   in another electronic access room.  Delivery is through

24   secured electronic delivery over the Internet on secured

25   testing vendor.  We have two.  They receive the filings

1    and download the exams to the existing computer only upon

2    the time that the test is actually being delivered.  Those

3    results are then posted back to us again through a secured

4    transmission, and stored on our secure data bases.

5    Q.    In addition to the security measures that you just

6    described, can you describe for us or indicate for us

7    whether or not Comptia uses certain registered and

8    unregistered trademark to promote its certification base

9    and its business in general?

10   A.    Yes, we do.

11   Q.    And can you tell me what sorts of trademarks Comptia

12   uses to promote its certification business?

13   A.    Comptia.

14   Q.    When you say Comptia, you mean the trademark Comptia?

15   A.    Comptia is a trademark in and of itself.

16   Q.    Okay.

17   A.    With the designate logo Comptia A+ certification,

18   Comptia Network+ certification, so on, all of those are

19   registered or unregistered trademarks.

20   Q.    Okay.  And are you familiar with the unregistered

21   trademarks Network+, INet+, A+, Server+, Server+

22   certification program, INet+ certification program and

23   Network+ certification program?

24   A.    Yes, I am.

25   Q.    Are those unregistered trademarks that Comptia

1    utilizes in the course of its business to promote its

2    certification business?

3    A.    Yes, it does.

4    Q.    And are the trademarks Comptia and A+ Certification

5    Program registered with the United States Patent and

6    Trademark Office?

7    A.    Yes, they are.

8    Q.    Mr. Salois, I'm handing you what's been marked as

9    Plaintiff's Exhibits Two and Three and ask you to take a

10   look at these documents and tell me if you recognize them?

11   A.    Yes, I do.

12   Q.    Okay, and what are those documents?

13   A.    We have a service mark for Comptia and a

14   certification mark for the A+ Certification Program.

15   Q.    Is it fair to say that those certificates of

16   registration bear the A+ certification and the known

17   Comptia trademark?

18   A.    Correct.

19        MR. LUNDY:  At this time the plaintiff would

20   move as full exhibit the photocopies of the trademark

21   registrations of Comptia and A+ certification as full

22   exhibits into evidence.

23        THE COURT:  Yes, Exhibits Two and Three are full

24   exhibits.

25        MR. LUNDY:  Thank you, Your Honor.

1          (Whereupon Plaintiff's Exhibit 2 and 3 were

2      marked full.)

3   BY MR. LUNDY:

4   Q.   Mr. Salois, are these trademarks also the subject of

5   the claim filed on behalf of Comptia before this court?

6   A.   Yes, they are.

7   Q.   And earlier you were describing how the exams were

8   delivered over computer system by your test vendors.

9   Before, at the beginning of each exam, is there a screen

10  that denotes Copyright Notice affixed to each examination?

11  A.   That is the opening screen.

12  Q.   And, Mr. Salois, I'm handing you what's been marked

13  as Plaintiff's Four for identification purpose and I'll

14  ask you to take a look at that document, please.  Do you

15  recognize that document?

16  A.   Yes, I do.

17  Q.   And what do you recognize it to be?

18  A.   This is the opening screen of the Server+

19  certification program.

20  Q.   And is it an exact photocopy of that opening screen?

21  A.   It appears to be, yes.

22  Q.   And it has the certification exam, the copyright

23  notice that you just testified to attached to the --

24  A.   Yes, it does.

25  Q.   -- affixed to the screen?  And do all Comptia

1    certification exams have a similar notification prior to

2    the candidate being able to take the exam?

3    A.    All do.

4            MR. LUNDY:  Your Honor, at this time I would

5    move that Plaintiff's Four for identification be marked as

6    a full exhibit into evidence for today's hearing.

7            THE COURT:  Yes, Exhibit 4 is a full exhibit.

8            MR. LUNDY:  Thank you, Your Honor.

9            (Whereupon Plaintiff's Exhibit 4 was marked

10            full.)

11   BY MR. LUNDY:

12   Q.    Mr. Salois, are the test vendors or test providers

13   that deliver your examinations obligated in any fashion to

14   keep the exam contents secret?

15   A.    The test vendors are contractually obligated to

16   maintain the secret status of the exam contents.

17   Q.    And despite all the security measures that you've

18   described, are there some instances in which you're aware

19   of individuals or individuals obtaining copies of certain

20   certification exams and then subsequently disseminating

21   them?

22   A.    Yes.

23   Q.    And do you have any particular recollection of

24   whether or not Comptia has had to take prior legal action

25   with respect to such instances?

1    A.    Yes, we have.

2    Q.    Okay, and did that culminate in a lawsuit against

3    such individual?

4    A.    Culminated in two successful lawsuits; multiple,

5    multiple cease and desist letters as well.

6    Q.    And as a basic model, are you familiar with the basic

7    model that these types of infringers use to sell and

8    disseminate Comptia exam content after unlawfully

9    accessing same?

10    A.    Yes, what typically is happening is we identify one

11    area and we move to shut it down with a cease and desist,

12    it pops up somewhere else under another name sold to

13    another entity or, in many cases, sold to, kept within the

14    same entity just using different names.

15    Q.    Okay, and in terms of a medium to distribute these

16    infringing products, would it be fair to say that the

17    Internet is the most frequent medium used?

18    A.    Absolutely.

19    Q.    Have you seen a transition from U.S. based or

20    websites that are zoned by you U. S. residents selling

21    this type of material to websites being owned by

22    individuals located overseas?

23    A.    I have.  The move is really afoot to put those things

24    overseas.  We've gotten copies of websites that have

25    actually posted comments to the fact that we can't touch

1    them because they are now overseas.

2    Q.    So would it be fair to say that the trend is that

3    since you've, since Comptia has initiated these programs

4    that these individuals are actually moving their business

5    operations overseas and sending their products to the

6    United States to the United States consumers?

7    A.    That is correct.

8    Q.    Can you describe for the court, please, what steps

9    and processes and procedures are in place at Comptia to

10   identify these infringers and what steps are taken after

11   identifying individuals or groups of individuals that are

12   infringing on Comptia's intellectual property?

13   A.    As a matter of due business, we constantly monitor

14   the Internet.  We receive a lot of information from

15   concerned individuals who have legally or reliably earned

16   their certificate to identify instances where they believe

17   there is infringement.  Typically we will purchase the

18   materials, we will run through a side-by-side comparative

19   analysis to identify exact, similar, like items and then

20   based on that analysis and the results, we engage legal

21   counsel where we believe there is a high level of

22   infringement area.

23   Q.    So just to summarize, would it be fair to say you

24   have a group of people that work for you, you're notified

25   if some website has a suspicious content, you look at it,

1    you purchase the stuff from the website, you look at what

2    you purchased, you compare it to the actual exam questions

3    and you create a summary or a comparison of your stuff and

4    the infringing stuff?

5    A.    That is correct.

6    Q.    Okay.  Did there come a time that you became aware of

7    a site known as Cheatexams.com located at

8    www.cheatexams.com?

9    A.    Late December 2002, certainly January 2003.

10   Q.    And what were you advised concerning the Cheatexam

11   site?

12   A.    That there was an advertisement of Comptia

13   certification exams on the website guaranteeing that the

14   exam content was, that the study guide content was exact

15   to the exam.

16   Q.    Okay.

17            MR. LUNDY:  May I approach the witness, Your

18   Honor?

19            THE COURT:  Sure.

20   BY MR. LUNDY:

21   Q.    Mr. Salois, I'm handing you what's been marked as

22   Plaintiff's Exhibit Number Five for identification

23   purposes, and I ask you to take a look at that document,

24   and tell me if you recognize what that document is?

25   A.    Yes, I do.

1    Q.   Do you recognize it to be actual photocopies of the

2    Cheatexams.com website as it appeared when you began your

3    investigation in the early part of 2003?

4    A.   Yes.

5    Q.   And do those web pages fairly and accurately depict

6    what the website looked like when you began, or when

7    Comptia began its investigation of the site?

8    A.   Yes, I do.

9          MR. LUNDY:  Your Honor, at this time I'd ask

10   that Plaintiff's five be admitted as a full exhibit into

11   evidence.

12         THE COURT:  Yes, Exhibit 5 is a full exhibit.

13         MR. LUNDY:  Thank you, Your Honor.

14         (Whereupon Plaintiff's Exhibit 5 was marked

15      full.)

16   BY MR. LUNDY:

17   Q.   Mr. Salois, can you describe for the court as the V P

18   of Certification for Comptia what it is about this website

19   that would cause Comptia concern initially?

20   A.   The biggest concern was that it identified itself as

21   having the exact exam content of the Comptia exams and

22   that it was offering those copies of our exams and it had

23   a price that was much lower than the actual valid exam and

24   guaranteeing credit, ability to pass our certification.

25   That was the biggest thing.

1    Q.    Did you also happen to notice the testimonials from

2    people who purchased the study guides offered by the

3    Cheatexams.com website?

4    A.    I did, in particular the testimonials from people who

5    had purchased the products from Cheatexams indicated that

6    in many circumstances they were unable to successfully

7    complete the valid certification exam but after receiving

8    the copied materials from Cheatexams were able to pass the

9    real certification the next time out.

10    Q.    And what was the name of the product sold on the

11    Cheatexams.com website?

12    A.    They were called cram sheets and they were cram

13    sheets for the actual Comptia programs that we had

14    registered trademarks and unregistered trademarks for,

15    such as INet+, A+ core, so on, so forth.

16    Q.    So would it be fair to say as someone who's viewing

17    this website, you'll notice they had a cram sheet

18    identified as -- I'm going to withdraw the question and

19    start again.

20          Mr. Salois, would it be fair to say that the cram

21    sheet product also contains an identifier that consists of

22    one of your unregistered trademarks?

23    A.    Yes, it would.

24    Q.    For instance, if you look at the first line, the cram

25    sheet for INet+ would be a reference to the INet+

1    certification exam?

2    A.    That is correct.

3    Q.    Did Comptia ever license or authorize the

4    Cheatexams.com to use its registered and unregistered

5    trademarks on the site?

6    A.    No, it did not.  May I make a comment on this?  The

7    more I look at this, I realize one of the other big

8    business issues I face is the likelihood of confusion out

9    there for any individuals who might see those Comptia

10   registered trademarks, and in places such as INet and

11   INet+ and A+, that there is a high probability of

12   confusion that this is something Comptia endorsed.

13   Q.    And does Comptia in fact authorize and license

14   certain suppliers of test preparation material to use the

15   name Comptia if those individuals meet certain

16   requirements and standards --

17   A.    We do.

18   Q.    -- set by Comptia?  As a result of your review of

19   this website, did your staff take any action?

20   A.    Yes, we purchased the materials, performed our

21   analysis.

22   Q.    Okay, and did there come a time when Comptia received

23   the infringing cram sheet products from the Cheatexam

24   website?

25   A.    That is correct.

1    Q.   And did Comptia receive the cram sheet for the A+

2    core hardware exam?

3    A.   Yes, it did.

4    Q.   Did Comptia receive the cram sheet for the A+ OS

5    exam?

6    A.   Yes.

7    Q.   Did Comptia receive the cram sheet for the Network +

8    exam?

9    A.   Yes.

10    Q.   Did Comptia receive the cram sheet for the Receiver+

11    exam?

12    A.   Yes.

13    Q.   And the cram sheet for the INet+ exam?

14    A.   Correct.

15         MR. LUNDY:  Your Honor, at this time I'm

16    prepared to mark for identification an exhibit that the

17    plaintiff would like to be under seal, so I'd just --

18         THE COURT:  That's fine.  Exhibit 6 will be

19    maintained under seal.

20         (Whereupon Plaintiff's Exhibit 6 was marked

21      full.)

22    BY MR. LUNDY:

23    Q.   Mr. Salois, I'm handing you what's been marked as

24    Plaintiff's Six for identification purposes.  It's a

25    series of documents that are bound in a rubberband.  I ask

1    you to take a look at those and tell me if you recognize

2    what those documents are?

3    A.    Yes, I do.

4    Q.    And what do you recognize those documents to be?

5    A.    These are the actual products we purchased from

6    Cheatexams.com.

7    Q.    So those are the actual cram sheets that are offered

8    for sale that Comptia·received when it purchased them?

9    A.    Correct.

10   Q.    And do those documents consist of preparation

11   material that's in the format of questions and answers?

12   A.    Yes, it does.

13   Q.    And is it in a format that is -- without regard to

14   the content now, but just the format -- is the format in

15   the same or similar style as an actual examination?

16   A.    Consistent with an actual examination.

17   Q.    Okay.

18        MR. LUNDY:  Your Honor, at this time Comptia

19   would move to admit Plaintiff's 6 as a full exhibit under

20   seal, please.

21        THE COURT:  Exhibit 6 is a full exhibit and it

22   will maintained under seal.

23        MR. LUNDY:  Thank you.

24   BY MR. LUNDY:

25   Q.    Can you describe the process, the analysis process

1 that Comptia undertook with respect to the cram sheets

2 product?

3 A. We purchased the cram sheet products in this exhibit

4 for the number of exams there and did an analysis,

5 side-by-side comparative analysis and found a high rate of

6 infringed materials as in exact copies, in many instances

7 of similar copies, which were minor grammatical or

8 spelling changes to the exam answers.

9 Q. With respect to the comparisons Comptia performed,

10 did it perform a comparison for the A+ core hardware exam,

11 the high+ operating systems exam, the INet+ exam, the

12 security+ exam, the Server+ exam?

13 A. And the Network+ exam, yes.

14 Q. I think I may have mentioned Security+ exam.  There

15 was no comparison for the Security+ exam, as I correct?

16 As I correctly indicated, it was the Network+ examination,

17 not the Security+?

18 A. Yes, that is correct.

19 Q. And are the findings of the comparison that Comptia

20 conducts memorialized in an any written documents?

21 A. We have a side-by-side text comparison document and

22 we also have a summary analysis of the content broken down

23 into exact copy for question, exact copy for answer, or a

24 similar copy of a question or a similar copy of an answer.

25    MR. LUNDY:  Your Honor, at this point in time we