1    would again like to file certain evidence under seal which

2    consists of the side-by-side comparison of the infringing

3    product and the actual Comptia exam questions and answers

4    as well as a summary chart that indicates which exams,

5    which Comptia exam question matches with the infringing

6    question, where it appears on the exam and whether it's an

7    exact copy or similar copy or no match at all.

8            THE COURT:  That's fine.

9            MR. LUNDY:  And for consistency, Your Honor, I'm

10   going to mark the comparison documents for each question

11   sequentially, so for each exam I'm going to ask that it

12   be a different exhibit.  I believe it would be 7 through

13   11.

14           THE COURT:  Exhibit 7-A and 7-B?

15           MR. LUNDY:  What would the court prefer, 7-A,

16   7-B or would you want me to do it sequentially seven

17   through 11?

18           THE COURT:  Seven-A?

19           MR. LUNDY:  Seven-A, 7-B, 7-C --

20           THE COURT:  Whatever you planned is fine, I'm

21   sure.

22           MR. LUNDY:  If I could just have the court's

23   indulgence for one moment, please?

24           (Pause)

25           MR. LUNDY:  Thank you, Your Honor.

1    BY MR. LUNDY:

2    Q.   Mr. Salois, I'm handing you a document or series of

3    documents that's been marked as Plaintiff's Exhibit 7-A

4    for identification purposes, and I'd ask you to take a

5    look at those documents and please tell me if you

6    recognize them?

7    A.   Yes, I do.

8    Q.   And can you tell me what the first, I believe it's

9    two or three pages of that document is?

10   A.   It's a summary analysis.

11   Q.   And that's the same summary analysis that you

12   described earlier?

13   A.   Correct.

14   Q.   Can you go across the headers of this document and

15   identify for the court each category of information that's

16   reflected thereon and what it indicates about the actual

17   Comptia exam item compared to the actual Comptia exam?

18           THE COURT:   It's self-explanatory.

19           MR. LUNDY:   That's fine.

20           THE COURT:   I see it.  The only one I was at all

21   unsure of is the fifth column which I take it indicates

22   the Comptia designation for its question.

23           THE WITNESS:   That is correct.

24           MR. LUNDY:   That is correct Your Honor.

25           THE COURT:   Okay.

1    BY MR. LUNDY:

2    Q.    And just to hit the highlights then, Mr. Salois, the

3    category Exact means an exact verbatim transcription of

4    the Comptia exam question?

5    A.    Correct.

6    Q.    And the Similar category means the question is the

7    same in sum and substance?

8    A.    Correct.

9    Q.    Then the documents that appear beneath the summary

10    chart are the actual Comptia exam questions compared to

11    the questions contained on the cram sheet's document?

12    A.    That is also correct.

13    Q.    And if you look at the summary document, the final

14    pages, can you just indicate for the court please, what

15    the results of your analysis was with respect to your

16    comparison of the A+ OS exam with the cram sheet's exam?

17    A.    In the case of the A+ OS exam, there were 34 exact

18    questions to our existing exam items.  There were 15

19    exact, 15 similar questions to our exam and there was one

20    item in the cram sheet that did not match anything in our

21    exam.  From the answer side there were 43 exact answers

22    verbatim to our exam items and six answers that were in

23    sum and substance similar.

24    Q.    And when Comptia conducts its analysis, does it

25    review all of the questions contained on the cram sheet's

1  product or a substantial percentage to determine

2  infringement?

3  A.    The percentage is typically based on the amount of

4  infringing material as we find it.  Once we had reached

5  certain points where there was such a high level of

6  exactness to the copy, we had sufficient evidence of

7  infringement to us.

8  Q.    And is it fair to say that some of these products

9  have 400, 500 questions and it's not a reasonable

10  allocation of your team's time to analyze 500 questions

11  when you've made findings after reviewing a hundred

12  questions, is that a fair statement?

13  A.    That is fair.

14  Q.    Mr. Salois, I'm handing you -- one second.  Withdraw

15  that question.

16      Mr. Salois, is the exhibit that you were just

17  testifying about made in the regular course of Comptia

18  business?

19  A.    Yes, it is.

20  Q.    And is it the regular course of Comptia business to

21  keep and maintain such documents as comparisons you were

22  just testifying about?

23  A.    Yes, it is.

24  Q.    And were the notations or information contained

25  thereon made at or about the time the documents were

1  created?

2  A.  That is correct.

3  Q.  And is the person who creates that document under an

4  obligation to accurately record the information contained

5  thereon?

6  A.  Yes, they are.

7  MR. LUNDY:  Your Honor, at this time I'd ask

8  that Exhibit 7-A be admitted as full exhibit under seal?

9  THE COURT:  Seven-A is a full exhibit under

10  seal.

11  (Whereupon Plaintiff's Exhibit 7-A was marked

12  full.)

13  MR. LUNDY:  Thank you, Your Honor.

14  BY MR. LUNDY:

15  Q.  Mr. Salois, I'm handing you what's been marked as

16  Plaintiff's Exhibit 7-B for identification purposes and

17  ask you to take a look at that document and tell me what

18  that involves?

19  A.  This is the text comparison and summary document of

20  the A+ Core Exam to the Cheatexam materials.

21  Q.  And with respect to the process, the categories and

22  all the information previously testified to with the first

23  document, that all applies to this document as well?

24  A.  Yes, it does.

25  Q.  And can you go right to the summary page and tell the

1    court what your findings were with respect to the

2    comparison of the cram sheet product for the core exam and

3    the actual in comparison -- excuse me, in comparison to

4    the actual Comptia certification exam?

5    A.    Of the 60 questions analyzed, we had 34 exact

6    matches, ten similar matches to the questions, and 16 no

7    matches.  On the answer side for the A plus core, we had

8    36 exact answers and eight similar.

9          MR. LUNDY:  Your Honor, at this time I'd ask

10   that 7-B be admitted as a full exhibit under seal.

11         THE COURT:  Yes, 7-B is full under seal.

12         (Whereupon Plaintiff's Exhibit 7-B was marked

13       full.)

14   BY MR. LUNDY:

15   Q.   Mr. Salois, I'm handing you what's been marked as

16   Plaintiff's Exhibit 7-C for identification purposes and

17   ask you to take a look at that document, tell me if you

18   recognize it.

19   A.    Yes, I do.

20   Q.    And tell me what you recognize it to be?

21   A.    It is a side-by-side comparison and summary analysis

22   of Comptia's INet+ exam versus the materials purchased

23   from Cheatexams.

24   Q.    And can you turn immediately to the summary section

25   of the summary analysis and testify what your findings

1    were with respect to the similarity between the cram

2    sheet's product and the actual exam for Comptia?

3    A.   Of the 50 questions analyzed by Comptia, 33 questions

4    were exact, four were similar, and three were no match.

5    On the answer side, 33 were exact and three were  similar.

6              MR. LUNDY:  Your Honor, at this time I ask that

7    Exhibit 7-C be made a full exhibit into evidence under

8    seal.

9              THE COURT:  Yes, 7-C is full under seal.

10             (Whereupon Plaintiff's Exhibit 7-C was marked

11        full.)

12             THE COURT:  Mr. Lundy, the remainder of these,

13   if you want to simply ask a question that would identify

14   them, authenticate them as a group, these are each --

15             MR. LUNDY:  Very good, Your Honor.

16             THE COURT:  I'm having no trouble reading the

17   results of these exams so I can flip to that page and take

18   a look.

19             MR. LUNDY:  Okay.  We'll go ahead and mark these

20   as well.

21   BY MR. LUNDY:

22   Q.   Mr. Salois, I'm handing you what's been marked 7-D

23   and E for identification purposes.  Ask you to take a look

24   at those documents and tell me if you recognize them?

25   A.   Yes, I do.

1    Q.    And what do you recognize each of them to be?

2    A.    They are the side-by-side comparison and summary

3    analysis of Comptia's Server+ and Network+ examinations

4    against the materials purchased from Cheatexams.

5    Q.    And does the information contained thereon reflect

6    the results of Comptia's analysis?

7    A.    Yes, it does.

8            MR. LUNDY:  Your Honor, at this time I'd move

9    that Exhibit 7-D and E be marked as full exhibits under

10   seal or made full exhibits under seal.

11           THE COURT:  Yes, 7-D and 7-E are full and both

12   maintained under seal and I have reviewed the results

13   there.

14           (Whereupon Plaintiff's Exhibit 7-D and 7-E was

15       marked full.)

16           MR. LUNDY:  And, Your Honor, for the record we

17   rely on the face of the documents with respect to the

18   results for similarity.

19   BY MR. LUNDY:

20   Q.    Mr. Salois, would it be fair to say that a candidate

21   who takes a certification exam, if he's aware of even a

22   few of the exam answers and questions would be capable of

23   passing an exam that the individual would ordinarily not

24   be capable of passing?

25   A.    It could happen, yes.

1    Q.    Now, based on your staff's analysis as embodied in

2    the documents 7-A through E collectively, what action did

3    Comptia take?

4    A.    We engaged counsel.

5    Q.    And at the time you engaged counsel, were you aware

6    of who registered the Cheatexam site?

7    A.    Yes, I believe we were.

8    Q.    And in addressing situations like this, is one of the

9    data bases that you rely on the Network Solutions who is

10   that data base for website registrants?

11   A.    We use a variety of data base and Internet tools to

12   track down the actual owners of the websites.  That is one

13   example.

14   Q.    Mr. Salois, I'm handing you what's been marked as

15   Plaintiff's Exhibit 8 for identification purposes and ask

16   you to take a look at that document and tell me if you

17   recognize it to be a true and accurate copy of the Network

18   Solutions data base information concerning the

19   Cheatexam.com website in May of 2003?

20   A.    I do.

21   Q.    And can you tell the court -- well, based on your

22   reading of that information, did you believe that George

23   Jennings was a technical contact for Cheatexams and the

24   site as registered by Adarsha Computers?

25   Q.    We did.

1    Q.    Did you instruct counsel to take action with respect

2    to those entities?

3    A.    Yes.

4    Q.    And did that result in the commencement of the action

5    before the court today?

6    A.    Yes, it did.

7            MR. LUNDY:  Your Honor, I'd ask that exhibit,

8    that Plaintiff's Eight be marked as, made a full exhibit

9    for this proceeding.

10            THE COURT:  Yes, Exhibit 8 is a full exhibit.

11            (Whereupon Plaintiff's Exhibit 8 was marked

12        full.)

13    BY MR. LUNDY:

14    Q.    And as part of your counsel's action, are you aware

15    of whether a cease and desist letter was sent to the

16    Cheatexam's website via electronic mail?

17    A.    Yes, I am.

18    Q.    And did you become aware of any response from

19    Cheatexams?

20    A.    I believe Cheatexams did respond through counsel on

21    the cease and desist letter.

22    Q.    Would it be fair to say that the Cheatexam's website

23    initially stopped selling cram sheets and then resumed

24    shortly thereafter?

25    A.    Yes, it would.

1    Q.   And it was after they resumed selling the cram sheets

2    product that this lawsuit was initiated on behalf of

3    Comptia?

4    A.   That is correct.

5    Q.   And after commencing this lawsuit, what information

6    did you learn about the Cheatexam's website and its

7    principals?

8    A.   The website was Trace-routed to India.  Trace-route

9    is an Internet tool used to determine the actual Internet

10   address of the site.

11   Q.   And in addition to that effort, did you come to learn

12   the true identities of the individuals responsible for

13   operating the Cheatexams website?

14   A.   We believe we do have the true identities now.

15   Q.   And would those two individuals be Mala Premaney and

16   Tushar Bhagat?

17   A.   That would be correct.

18   Q.   And while this lawsuit was ongoing or pending, did

19   you become aware of two other websites opening; one known

20   as WW.Troytec.com and the other known as

21   WW.Testkiller.com?

22   A.   Yes.

23   Q.   Did you have an opportunity to view these sites or

24   web pages concerning those sites?

25   A.   Yes, I did.

1    Q.    Could you tell me if there is any similarity between

2    the content of those two sites?

3    A.    They are exact copies, mirror sites.

4    Q.    And for the uninitiated, could you just describe what

5    a mirror site is?

6    A.    It's simply a redirect of one site to another

7    differently named site that is actually just a mirror copy

8    of the site.

9    Q.    It's basically the same site at two different web

10   names?

11   A.    It's the same site; it uses two different web names.

12   Q.    Is it fair to say that some people use that as a

13   technique to atrack or generate more consumer traffic by

14   using two websites for the same products?

15   A.    Yes, it's an gives the appearance of a competitive

16   industry that's thriving.

17   Q.    Mr. Salois, I'm handing you what's been marked as

18   Plaintiff's Exhibit Number Nine for identification and ask

19   you to take a look at that document and tell me if you

20   recognize it?

21   A.    Yes, I do.

22   Q.    And what do you recognize it to be?

23   A.    It is the Troytec, ww.Troytec.com web page.

24   Q.    Fair to say the first page of the document is the

25   home page for the Troytec website and is also a web page

1    that indicates, that relates certain Comptia products?

2    A.    Yes, on the left it has a link to the Comptia

3    products that they offer.

4    Q.    And can you tell me as you flip through that

5    document, if you look on the, I believe it's the third

6    page in the sequence, there is a, a menu or inventory of

7    products pertaining to Comptia exams, do you see that?

8    A.    Yes, I do.

9    Q.    And can you tell me what the first line above the

10   section that says Test Name, Test Description indicates

11   that the products were named by the individuals running

12   this website?

13   A.    The Troytecs Cram Sheets for Comptia Exams.

14   Q.    And that's Cram Sheet, is the same name used by the

15   Cheatexam site?

16   A.    That is correct.

17   Q.    Is it fair to say that this website also uses the

18   unregistered trademarks of Comptia?

19   A.    That is correct.

20   Q.    You never, Comptia never authorized or licensed

21   Troytec to use its trademarks --

22   A.    No, it did not.

23   Q.    -- on website?  Did you have any concern when you saw

24   the content of the Troytec and Testkiller websites?

25   A.    The major concern was the similarity to the Cheatexam

1    site.

2              MR. LUNDY:  Your Honor, at this time I'd ask

3    that Exhibit 9 for identification be marked as a full

4    exhibit into evidence at this hearing.

5              THE COURT:  Exhibit 9 is a full exhibit.

6              (Whereupon Plaintiff's Exhibit 9 was marked

7         full.)

8    BY MR. LUNDY:

9    Q.   As a result of this information, what action if any

10   did you have your staff take?

11   A.   We purchased the Troytec, Testkiller materials and

12   performed a subsequent analysis.

13             MR. LUNDY:  Your Honor, at this time we're going

14   to be asking the court to admit certain documents under

15   seal that consist of the Testkiller product.

16             THE COURT:  That's fine.

17   BY MR. LUNDY:

18   Q.   Mr. Salois, did there come a time when Comptia reps

19   received the Testkiller product?

20   A.   Yes.

21   Q.   And just for the record, can you tell me how that's

22   provided by the websites to Comptia -- I'll rephrase the

23   question.

24             How is the product delivered?

25   A.   Electronically.

1    Q.    Electronically to a P C?

2    A.    Correct.

3    Q.    At Comptia's offices in Westbrook?

4    A.    In Oakbrook, yes.

5    Q.    Oakbrook, sorry.  And I ask you to take a look at

6    Number 10 for identification purposes and tell me if you

7    recognize that, those documents?

8    A.    Page ten?

9    Q.    Exhibit 10 for identification which is the entire

10   packet of material?

11   A.    This is a side-by-side text analysis of the

12   materials.

13   Q.    I'm sorry, I asked a confusing question.

14        With respect to after ordering the Testkiller

15   questions, did there come a time when you received the

16   products and/or is what's been marked as Number Ten for

17   identification purposes the products you received from the

18   Testkiller website?

19   A.    Yes, it is.

20             MR. LUNDY:  Your Honor, at this time we would

21   ask that Exhibit 10 for identification purposes be made a

22   full exhibit under seal for this hearing.

23             THE COURT:  Exhibit 10 is a full exhibit under

24   seal.

25             (Whereupon Plaintiff's Exhibit 10 was marked

1     full.)

2   BY MR. LUNDY:

3   Q.  Mr. Salois, I'm handing you what's been marked as

4   Exhibits 11-A through E and tell me if you recognize these

5   documents?

6        MR. LUNDY:  Your Honor, I apologize, I don't

7   have the summary but --

8        (Hands Court.)

9   BY MR. LUNDY:

10  Q.  Mr. Salois, can you look through those exhibits

11  collectively and tell me if you recognize what they are?

12  A.  The side-by-side text comparison and summary analysis

13  of the Testkiller materials to the Comptia certification

14  exams.

15  Q.  Okay, and just so the record is clear, that analysis

16  was done in the same way as the analysis of the Cheatexams

17  product was done?

18  A.  That is correct.

19  Q.  And do the information recorded on that, on those

20  documents reflect Comptia's analysis of the Testkiller

21  product?

22  A.  Yes, it does.

23  Q.  And we will allow the summary comparisons to speak

24  for themselves, but in a general way, would it be fair to

25  say that your analysis reflected in sum and substance that

1 there was a high degree of infringement between the

2 Testkiller product and the Comptia certification exam?

3 A. Very much so.

4   MR. LUNDY:  Your Honor, at this time I'd ask

5 that Exhibit 7 -- actually 11-A through E collectively be

6 admitted as full exhibits under seal.

7   THE COURT:  Yes, Exhibits 11-A, B, C, D and E

8 are all full exhibits, all under seal.

9   MR. LUNDY:  Thank you, Your Honor.

10   (Whereupon Plaintiff's Exhibit 11-A through 11-E

11  were marked full.)

12   MR. LUNDY:  And, Your Honor, we would just note

13 for the record that we're relying on the content of the

14 summaries with respect to our allegation of infringement.

15   THE COURT:  Yes.

16 BY MR. LUNDY:

17 Q. And, Mr. Salois, did Comptia ever give permission to

18 the Cheatexams, Testkiller or Troytec website to use

19 copyrighted material?

20 A. No, it did not.

21 Q. Never authorized or licensed any uses of its

22 copyrighted material in this fashion?

23 A. No, it did not.

24 Q. Now, earlier you testified concerning a Trace-Route

25 and what a Trace-Route is.  Was a Trace-Route performed

1    with respect to the Troytec, Testkiller and Cheatexams

2    websites?

3    A.    Correct.

4            THE COURT:  Let me clarify one thing.  Troytec

5    and Testkiller are mirror sites?

6            THE WITNESS:  That is correct.

7            THE COURT:  Are Troytec and Testkiller also

8    mirror sites of Cheatexams?

9            THE WITNESS:  No, Troytec and Testkiller are

10   mirror sites of each other.  They have the exact or

11   substantially exact same materials from the Cheatexam

12   sites.

13           THE COURT:  Yes, I understand.

14           THE WITNESS:  Which looks a little different.

15           THE COURT:  Yes, thank you.

16   BY MR. LUNDY:

17   Q.    Mr. Salois, I'm handing you what's been marked as

18   Plaintiff's Exhibit 12 for identification purposes, and I

19   ask you to take a look at that series of documents and

20   tell me if you recognize those documents?

21   A.    Yes, I do.

22   Q.    What do you recognize those documents to be?

23   A.    These are Trace-Route reports from Mantic Security

24   Check Tool (ph), a software tool used to establish the

25   presence and location of a particular website.

1    Q.    Okay.  And just for the uninitiated, a Trace-Route is

2    used to identify for you where a particular website is

3    located at a numerical Internet address?

4    A.    That is correct.

5    Q.    And with respect to the Trace-Route findings in

6    number, Plaintiff's 12, is it fair to say that that is a

7    Trace-Route for Cheatexams.com, Troytec.com and

8    Testkiller.com?

9    A.    Yes, it is.

10   Q.    And can you tell us what your findings were with

11   respect to the Trace-Route performed on these three sites?

12   A.    For all three websites, Troytec, Testkiller and

13   Cheatexams, the location was exactly the same in the

14   Country of India.

15   Q.    Okay, and just so the record's clear, if we looked at

16   let's say page two of the exhibit, on the second line down

17   it has a numerical reference in brackets that says

18   202.71.140.20; is that the Internet address for that site?

19   A.    That is the Internet address for that site.

20   Q.    And that's the same for all three websites?

21   A.    That is the exact same for all three and if I can

22   clarify that, it would be using my same home address for

23   three separate different businesses.  It's the same

24   location.

25   Q.    Okay, and did this information lead you to believe

1    that these websites were run by the same individuals?

2    A.    Yes, it did.

3    Q.    Did you ever obtain any information -- well,

4    withdrawn for a second.

5              MR. LUNDY:  Your Honor, at this time I move that

6    Plaintiff's 12 be made a full exhibit.

7              THE COURT:  Exhibit 12 is a full exhibit.

8              THE COURT:  Thank you, Your Honor.

9              (Whereupon Plaintiff's Exhibit 12 was marked

10        full.)

11   BY MR. LUNDY:

12   Q.    Did Comptia ever come into possession of any evidence

13   concerning the quantity of sales that occurred on the

14   Cheatexam's website?

15   A.    Yes, we did.

16   Q.    Okay, and are you familiar with an entity known as

17   Tocheckout.com (ph)?

18   A.    Yes, I am.

19   Q.    And can you describe for the court what

20   Tocheckout.com is and what they do?

21   A.    Tocheckout.com as a third party vendor service for

22   processing financial transactions, purchases.

23   Q.    And they do that over the Internet for Internet

24   transactions?

25   A.    Yes, that is correct.

1 Q. And do you know whether or not Tocheckout.com

2 serviced the Cheatexam website?

3 A. Yes, they did.

4 Q. And did you come into possession of any documents

5 from Tocheckout.com?

6 A. Yes, I did.

7 Q. I'm handing you what's been marked as Plaintiff's 13

8 in evidence and ask you to take a look at that document

9 and tell me if you recognize what it is?

10 A. It's a print-out from Tocheckout.com showing the

11 actual transactions over a period of time from Cheatexams.

12 Q. And if you look to the total amount of the

13 transactions on the second page of the document, what does

14 it indicate to you for the total amount of sales generated

15 out of this website selling "study guides" or "cram

16 sheets" as they are identified?

17 A. Sales dollars processed, total was approximately 497

18 thousand dollars.

19 Q. And in addition to those sales figures, did you

20 notice any representations contained on the website that

21 would lead you to other conclusions concerning the amount

22 of revenue generated by these sites?

23 A. On the Cheatexam website was reference to sales in

24 excess of 350,000 study guides at a delivery fee of $55

25 which roughly calculates out to 20 million dollars.

1    Q.   And to the best of your knowledge of your website --

2           THE COURT:  Let me just say, I think you may

3    have misspoken.  It was 350,000 sales at $55 a piece, is

4    that right?

5           THE WITNESS:  Yes.

6           THE COURT:  I think you may have said $350,000.

7           THE WITNESS:  I'm sorry, maybe I did.  350,000

8    units sold --

9           THE COURT:  Okay.

10          THE WITNESS:  -- at a retail price of $55 which

11   calculates out to roughly 20 million dollars.

12          THE COURT:  Thank you.

13          THE WITNESS:  You're welcome.

14   BY MR. LUNDY:

15   Q.   Does Comptia offer certification exams to candidates

16   in the State of Connecticut?

17   A.   Yes.

18   Q.   And to the best of your knowledge were those websites

19   accessible on the worldwide web to individuals residing in

20   Connecticut?

21   A.   Yes.

22   Q.   And where individuals in Connecticut could purchase

23   these certification exams from websites?

24   A.   Correct.

25   Q.   Could you summarize briefly for the court the

1    problems presented by these websites unlawfully selling

2    this infringing material?

3    A.    In summary, the primary damages to Comptia are in the

4    market perception.  The Comptia quality, the Comptia

5    brand, it's definitely called into question.  Many

6    companies use the Comptia certifications as hiring

7    criteria.  Failure of an individual to live up to the

8    prescribed standards that we say we validate would

9    certainly cause financial issues for the hiring company as

10   well as for Comptia as our reputation is sullied by

11   someone who may not have the actual validated skills.

12       In addition to that, people assume or there is a high

13   degree of probability that people would look at these

14   materials as reflecting something endorsed by Comptia and,

15   again, it's an image and reputation in the industry that

16   we must protect to be solvent.

17   Q.    Is it fair to say if people think that the answers

18   are available before the exam is given that Comptia

19   certification will not be as valuable as it once was?

20   A.    It becomes worthless and there is no market for it at

21   that point.

22   Q.    And that's one of the reasons why Comptia vigorously

23   defends its exams?

24   A.    That is one of the main reasons.  What we have found

25   is that this has become a neverending game of chasing them

1    from one place to another.  They have gone on the web and

2    flaunted the fact they are overseas and we can't touch

3    them.  I spend an inordinate amount of dollars on legal

4    counsel trying to stop this because if I don't pursue it

5    aggressively, I'll leave the brand and the identification

6    of our products open to anyone, so this has become a huge

7    issue for us.

8    Q.   And you're asking the court today for an order

9    preliminarily enjoining the defendants from continuing in

10   this conduct and preventing them from dissipating their

11   assets located in the United States?

12   A.   Yes, I am.

13            MR. LUNDY:  Your Honor, I just also move to make

14   Exhibit 13 a full exhibit into evidence

15            THE COURT:  Exhibit 13 is a full exhibit.

16            (Whereupon Plaintiff's Exhibit 13 was marked

17       full.)

18            MR. LUNDY:  Your Honor, if I may have one

19   moment, please?

20            THE COURT:  Did you want to have this one sealed

21   or not?

22            MR. LUNDY:  That's not necessary to seal that

23   document, Your Honor, thank you.

24   BY MR. LUNDY:

25   Q.   And, Mr. Salois, are you aware as we sit here in the

1    courtroom today whether or not the Troytec and Testkiller

2    and Cheatexam websites are at this very moment selling

3    Comptia products?

4    A.   I believe they still are.

5    Q.   Have you, have you visited the websites recently and

6    seen that they've put a posting on that the websites are

7    no longer selling Comptia products as of very recently?

8    A.   I haven't visited the website in a week or two.

9         MR. LUNDY:  Your Honor, that's all the questions

10   I have for Mr. Salois but I just represent to the court

11   that subsequent to our hearing before Your Honor last

12   time, we had visited the websites and they have

13   representation on the website indicating that they no

14   longer selling any products and I thought it was incumbent

15   upon me as counsel to bring that to the court's attention

16   when the court's making its decision in this matter.

17        THE COURT:  All right, thank you.  Do you want

18   to inquire of the witness or elicit any testimony in

19   support of the motion for security of a bond?

20        MR. LUNDY:  Yes, Your Honor.

21   BY MR. LUNDY:

22   Q.   Mr. Salois, can you give the court an indication as

23   to the financial security of Comptia and, in doing that,

24   indicate the annual revenues of Comptia, Comptia's

25   business and whatever cash reserves Comptia has on hand in

1    general figures?

2    A.    Not in my area of expertise.  Comptia, I believe, has

3    a 50 million dollar cash reserve, generates approximately

4    40 million dollars in revenues, gross revenues per year,

5    of which certification represents approximately 85 percent

6    of that revenue strain.

7            THE COURT:  Thank you.

8            MR. LUNDY:  Thank you, Your Honor.  Your Honor,

9    I'd also note for the court that we have previously handed

10    up to the court a copy of proposed preliminary injunction

11    order but we also have another copy with us today.  It's

12    exactly what we provided the court with our moving papers

13    but if it was easier for the court, I wanted to --

14            THE COURT:  I have reviewed it.  It would be

15    easier to sign another order than to pull it out of the

16    file.

17            MR. LUNDY:  Thank you.  And, Your Honor, at this

18    time we rest our case in support of the preliminary

19    injunction order and rely on the evidence, documents

20    before the court as well as representations in our moving

21    papers.  Thank you.

22            THE COURT:  Yes, yes, thank you.  Sir, you are

23    excused.  Step down if you like.

24            THE WITNESS:  Thank you.

25            THE COURT:  On the basis of the pleadings in

1    this case, the evidence that's been submitted, my review

2    of the case law, I find first that the court has subject

3    matter jurisdiction over this matter as well as personal

4    jurisdiction over each of the defendants named in the

5    *second amended complaint; that each of the defendants*

6    *named in the second amended complaint* had actual notice of

7    these proceedings and has failed to appear or defend the

8    motion for preliminary injunction order.

9         I find that the evidence is sufficient to

10   demonstrate both irreparable harm to the plaintiff,

11   Comptia, in the absence of injunctive relief and also the

12   likelihood of success on the merits of its claims for

13   copyright infringement, trade secret infringement,

14   trademark infringement and Connecticut Unfair Trade

15   Practices Act.

16        I'm not going to go into the merits in any great

17   detail but would note merely by way of example that there

18   is extensive evidence in the record of actual copying, not

19   merely substantial similarity but actual copying of

20   Comptia's copyrighted exams and also would note by way of

21   example that the testimony here has been very clear that

22   this poses substantial risk of irreparable harm to Comptia

23   by way of loss of reputation, loss of business and even

24   threatens the actual continued viability of the company if

25   *this type of copyright infringement by the defendants is*

1    not enjoined.

2          Alternatively, I would note to the extent that

3    there are any serious questions on the merits, that would

4    make them fair ground for litigation at this time, it's

5    unclear to me that that's the case in light of the fact we

6    have no defense that's been presented.  I would note that

7    the equities certainly favor plaintiff on the basis of the

8    testimony that I've heard today.

9          It's, therefore, my intention to enter the

10   preliminary injunction order that's been proposed and to

11   do so without need for bond.  I'm granting the motion for

12   waiver of security or bond on the basis of the testimony

13   elicited today, both because the case against the

14   defendants is so strong and, therefore, I think the

15   likelihood of any damages flowing to the defendants from

16   any wrongful injunction is very small, but also because

17   I'm convinced that the plaintiff has sufficient financial

18   wherewithal to redress any damages that the defendants may

19   suffer as a result of any wrongful injunction.

20         Would counsel like any further explanation or

21   statement of the reasons for the granting of the

22   injunction in the preliminary injunction motion?

23         MR. LUNDY:  Your Honor, counsel believe the

24   record is sufficient now.

25         THE COURT:  All right.  I should probably also

1    note for the record that the formal preliminary injunction

2    order prevents the defendants from dissipating

3    transferring, conveying and so forth, or disposing of

4    assets in the amount of the prejudgment remedy and that

5    although we have not made explicit findings today, I would

6    simply note that in a previous proceeding I did make

7    findings and enter a preliminary injunction order in that

8    amount and this is in furtherance of that order.

9            I would also note that for this injunction to be

10   effective to prevent irreparable harm to the plaintiff, it

11   is necessary to enjoin the defendants from transferring

12   the domain names, Cheatexams.com, Troytec.com and

13   Testkillers.com, so that those domain names if used by

14   others cannot continue to do the harm that the plaintiff

15   has suffered to date.

16           All right, I've executed the preliminary

17   injunction order today.  It's now about 3:55 p. m.  This

18   will be filed by the court and counsel can obtain

19   certified copies of this order.

20           I would note that it's incumbent upon counsel to

21   serve this on the defendants and any others that they wish

22   to enjoin, somehow provide them actual notice of the entry

23   of this order.  Although it does not say so explicitly,

24   obviously a preliminary injunction is valid only against

25   those with actual notice of the order.

1    MR. LUNDY:  Your Honor, in furtherance of the

2    court's point, and it's well taken, if we can obtain,

3    if -- so the court is aware, in order for us to obtain

4    actual in-hand service of the defendants in India will

5    cost us almost close to three thousand dollars.

6    THE COURT:  I'm not suggesting you need to make

7    in-hand service on them but rather, they need to be

8    provided notice.  If you want to, as you did before, if

9    you want to e-mail them a stamped copy or at least the

10   text of the order, I think that's sufficient notice.  The

11   point is to put them on notice, not that they need to get

12   actual in-hand service of the certified copy.

13   MR. LUNDY:  Thank you very much, Your Honor.

14   Your Honor, can I also ask the court reporter to -- if we

15   can order a copy of the transcript, please, as well?

16   THE COURT:  Just make arrangements with her

17   after we recess.

18   MR. LUNDY:  After I tortured her with speaking

19   so fast during the proceeding, I didn't know if I should

20   ask her.

21   THE COURT:  All right.  Is there anything else

22   we need to take up today?

23   MR. LUNDY:  I don't believe so, Your Honor.

24   Thank you.

25   THE COURT:  All right, thank you for a very

1    efficient presentation.

2              MR. LUNDY:  Thank you, Your Honor.

3              THE WITNESS:  Thank you.

4              THE COURT:  We'll stand in recess.

5              (Whereupon the above matter was adjourned at 4:00

6    o'clock, P. M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E


I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.


Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (203) 246-6385