UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE COMPUTING TECHNOLOGY INDUSTRY ASSOCIATION, INC.<br><br>PLAINTIFF<br><br>VS.<br><br>MALA PREMANEY, INDIVIDUALLY; MALA PREMANEY D/B/A ADARSHA COMPUTERS; MALA PREMANEY D/B/A CHEATEXAMS.COM; MALA PREMANEY D/B/A TROYTEC.COM; MALA PREMANEY D/B/A TESTKILLER.COM; TUSHAR BHAGAT, INDIVIDUALLY; TUSHAR BHAGAT D/B/A ADARSHA COMPUTERS; TUSHAR BHAGAT D/B/A CHEATEXAMS.COM; TUSHAR BHAGAT D/B/A TROYTEC.COM; TUSHAR BHAGAT D/B/A TESTKILLER.COM; ADARSHA COMPUTERS D/B/A CHEATEXAMS.COM<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3:03cv323(SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 21, 2003 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

**STATE OF CONNECTICUT }**
                                            **}   ss. Bridgeport**
**COUNTY OF FAIRFIELD   }**

The undersigned being duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am counsel for the Plaintiff, The Computing Technology Industry Association, Inc. ("CompTIA") in the above-referenced matter.

3. I have communicated with the individual Defendants, Tushar Bhagat and Mala Premaney (the "Defendants"), by telephone and e-mail with respect to this litigation. These communications do not lead me to believe that either of these individuals are an infant or incompetent.

4. Moreover, from my conversations with Mr. Bhagat, it is my understanding that these Defendants reside in and are citizens of the Nation of India.

5. Based on the above, it is my belief that neither of the individual Defendants serve in any branch of the United States Military. Because CompTIA's counsel is not in possession of either of the individual Defendants' social security numbers, no verification can be obtained from the Defense Manpower Data Centers Military Verification Service to confirm that the individual Defendants are not in the military.

6. Throughout my communications with the Defendants, at no time, did they indicate they served in any branch of the United States Military.

                                                     _____
                                                     Brian C. Roche

Subscribed and sworn to before me this 21st day of October, 2003.

                                                     _____
                                                     Commissioner of the Superior Court
                                                     Notary Public

My Commission Expires:

BPRT/46893.69/BCR/495275v1

2