FILED
2004 JAN 21 P 2: 25
US DIS
BRIDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Bridgeport, Connecticut, in connection with a judgment therein on December 4, 2004, Docket No. 3:03 cv 323 (SRU), Case name The Computing Technology industry Association, Inc. v. Mala Premaney, et al

**NAME OF BANKING INSTITUTION:**

Wachovia Bank f/k/a First Union National Bank, 300 Main Street, Stamford, Connecticut

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:**     OF (town)

The Computing Technology Industry Association, Inc.
1815 South Meyers Road
Oakbrook Terrace, IL  60181

**NAME OF JUDGMENT DEBTOR:** Mala Premaney, Individually,   OF (town)
and d/b/a Adarsha Computers, Cheatexams.com, Troytec.com, and Testkiller.com
163/2, Adarsha, Azadwadi, Koth, Pune, India

1. AMOUNT OF JUDGMENT: $1,325,175.93
2. AMOUNT OF COSTS:
3. TOTAL JUDGMENT AND COSTS:
4. TOTAL PAID ON ACCOUNT: -0-
5. TOTAL UNPAID JUDGMENT: $1,325,175.93

_____     1/21/04
Name of Attorney or party making          Date
application and address
Matthew P. Lundy, Esq.
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604



**EXEMPTION CLAIM FORM**
**BANK EXECUTION**
JD-CV- Rev. 4-97
C.G.S. 56(j), 52-321a, 52-350a, 52-352b, 52-361a,
52-367 9 U.S.C 206(a)(1)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

NAME AND ADDRESS OF JUDGMENT DEBTOR OR ATTORNEY *(To be completed by plaintiff)*

TO:
Mala Premaney, Individually and d/b/a Adarsha
Computers, Cheatexams.com, Troytec.com, and Testkiller.com

163/2
Adarsha, Azadwadi
Koth, Pune, India

**SECTION I** *(To be completed by plaintiff)*

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. ____

NAME AND ADDRESS OF COURT (No., Street, Town and Zip Code)
U.S. District Court, 915 Lafayette Blvd., Bpt., CT 06604

NAME OF JUDGMENT DEBTOR
Mala Premaney

DOCKET NO.
3:03 cv 323 (SRU)

**SECTION II** *(To be completed by banking institution - see instructions on back)*

NAME AND ADDRESS OF BANKING INSTITUTION TO WHICH EXEMPTION CLAIM (IF ANY) IS TO BE RETURNED

DATE OF MAILING TO JUDGMENT DEBTOR

DESCRIPTION OF ACCOUNT(S) AND AMOUNT(S) REMOVED PURSUANT TO EXECUTION

**SECTION III**           **NOTICE TO JUDGMENT DEBTOR**

As a result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the banking institution named above. In compliance with this execution, the banking institution has removed from the account(s) enumerated above the amount of money indicated above.

**THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - The money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States. A checklist and a description of the exemptions established by law are set forth on the reverse side.

**HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** - If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign before a proper official the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the banking institution at the above address. This form must be received by the banking institution no later than 15 days from the DATE OF MAILING TO THE JUDGMENT DEBTOR indicated above.

Upon receipt of this form the bank will forward it to the Superior Court and the court clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

**SECTION IV**           **AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW**

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account(s) is exempt by law from execution as follows:

| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
|---|---|
| AMOUNT CLAIMED TO BE EXEMPT | |
| ACCOUNT NUMBER | DESCRIBE CLAIMED EXEMPTION ESTABLISHED BY LAW |
| AMOUNT CLAIMED TO BE EXEMPT | |

☐ Additional sheet(s) attached hereto and made a part hereof *(if necessary)*.

SIGNED *(Individual attorney or pro se party)*
X

DATE SIGNED

STATE OF CONNECTICUT, COUNTY OF
} SS

COMPLETE MAILING ADDRESS OF JUDGMENT DEBTOR

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____ , 19 ___

SIGNED *(Notary Public, Commissioner of Superior Court)*

TELEPHONE NO.