UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE COMPUTING TECHNOLOGY INDUSTRY ASSOCIATION, INC.<br><br>PLAINTIFF<br><br>VS.<br><br>MALA PREMANEY, INDIVIDUALLY; MALA PREMANEY D/B/A ADARSHA COMPUTERS; MALA PREMANEY D/B/A CHEATEXAMS.COM; MALA PREMANEY D/B/A TROYTEC.COM; MALA PREMANEY D/B/A TESTKILLER.COM; TUSHAR BHAGAT, INDIVIDUALLY; TUSHAR BHAGAT D/B/A ADARSHA COMPUTERS; TUSHAR BHAGAT D/B/A CHEATEXAMS.COM; TUSHAR BHAGAT D/B/A TROYTEC.COM; TUSHAR BHAGAT D/B/A TESTKILLER.COM; ADARSHA COMPUTERS D/B/A CHEATEXAMS.COM<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3:03cv323(SRU)<br><br><br><br>JUNE 3, 2004 |

**SATISFACTION OF JUDGMENT**

On December 4, 2003, the Court (Underhill, J.) entered a judgment in favor of

The Computing Technology Industry Association Inc. against the Defendants, MALA

PREMANEY, INDIVIDUALLY; MALA PREMANEY D/B/A ADARSHA COMPUTERS; MALA PREMANEY D/B/A CHEATEXAMS.COM; MALA PREMANEY D/B/A TROYTEC.COM; MALA PREMANEY D/B/A TESTKILLER.COM; TUSHAR BHAGAT, INDIVIDUALLY; TUSHAR BHAGAT D/B/A ADARSHA COMPUTERS; TUSHAR BHAGAT D/B/A CHEATEXAMS.COM; TUSHAR BHAGAT D/B/A TROYTEC.COM; TUSHAR BHAGAT D/B/A TESTKILLER.COM;ADARSHA COMPUTERS D/B/A CHEATEXAMS.COM in the amount of $1,324,975.93.

This judgment has been satisfied by agreement of the parties, and it is certified that there are no outstanding executions with any Sheriff or Marshall. The permanent injunctive relief previously ordered by the Court is unaffected by the satisfaction of judgment and shall remain in full force and effect.

**THEREFORE,** consistent with the foregoing, full and complete satisfaction of this judgment by agreement of the parties is acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment.

Dated at Bridgeport, Connecticut this 3rd day of June, 2004.

        THE PLAINTIFF
        THE COMPUTING TECHNOLOGY
        INDUSTRY ASSOCIATION, INC.


By:  s/_____
      Matthew P. Lundy  (ct 20603)
      Brian C. Roche     (ct 17975)
      Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      Telephone:       (203) 330-2000
      Facsimile          (203) 576-8888
      E-Mail:    mlundy@pullcom.com
                 broche@pullcom.com

**CERTIFICATION**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that a copy of the above was mailed on the date heron to the following:

Tushar Bhagat
1103, B1/3
Model Colony, Shivaji Ngr
Pune: 411016, MH
India

Mala Premaney
163/2
Adarsha, Azadwadi
Koth, Pune, India

                                                  s/_____
                                                  Matthew P. Lundy

BPRT/46893.69/MPL/518840v1